In the Matter of SOPHIE SABANEEFF, Appellant. NATIONAL TRANSPORTATION CO., INC., et al., Respondents.— Order entered March 26, 1956, denying plaintiff's motion to retransfer the above-entitled proceeding from the City Court of the City of New York to the Supreme Court of the State of New York, and order entered May 2, 1956, denying plaintiff's motion for reconsideration of the prior motion to retransfer the within proceeding, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

GRACE M. HANSON, Appellant, v. TERRY CAB CORP. et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondent George M. Bussey, Jr. This affirmance is no indication of what disposition should be made of any possible following motions should a proper showing of inability to locate or produce plaintiff be made on her behalf. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

WALTER WINCHELL, Appellant, v. AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

In the Matter of SALVATORE EMBARRATO, Appellant, against FRANCIS W. H. ADAMS, as Commissioner of the Police Department of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank and Bastow, JJ. [See 2 A D 2d 877.]

MOSLER HOLDING CORP. v. WILLIAM D. BELL et al., as Executors and Trustees under the Will of DENNISTOUN M. BELL, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 2 A D 2d 963.]

MURRAY SPRUNG v. MATTHEW H. JAFFE.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See 2 A D 2d 838.]

C. L. R. REALTY CO., INC., v. S. F. S. REALTY CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 2 A D 2d 972.]

In the Matter of CORRINE M. DAZEY, Petitioner, against ISADOR LUBIN, as Industrial Commissioner of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument of the appeal herein and for a stay, denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 2 A D 2d 972.]

In the Matter of RODOLPH M. CUTINO, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

ELIAS ORENSTEIN, Doing Business under the Name of BARCLAY SERVICE AGENCY, et al., v. HOTEL ASSOCIATION OF NEW YORK CITY, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Valente and Bastow, JJ.